UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FERMIN ALDABE, et al.,

      Plaintiffs,

vs.                                              Case No. 3:22-cv-326-MMH-MCR

TERRACON CONSULTANTS,
INC., et al.,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Response to Defendant Environmental Services Inc's (ESI) Motion to Dismiss (Doc. 30; Response to ESI's Motion), filed July 5, 2022; Plaintiff's Response to Defendant Terracon Consultants Inc's (Terracon) Motion to Dismiss (Doc. 31; Response to Terracon's Motion), filed July 6, 2022; and Plaintiff's Response to Defendant Aster Global Environmental Solutions Inc's (Aster) Motion to Dismiss (Doc. 32; Response to Aster's Motion), filed July 6, 2022 (collectively, the "Responses").  In the Responses, Plaintiff requests that the Court "sua sponte" take several actions.[1] See Response to ESI's Motion at 8–9, 11, 13–14, 18; Response to Terracon's

---

[1] "Sua sponte" means that the Court is acting "[w]ithout prompting or suggestion." Sua Sponte, Black's Law Dictionary (11th ed. 2019). If the Court acted on Plaintiff's requests, the Court would not be acting sua sponte.

Motion at 7, 10, 12, 15, 18; Response to Aster's Motion at 8, 10. Plaintiff asks the Court to order discovery regarding several allegations of the Verified Shareholder Derivative Complaint (Doc. 6; Complaint) if they "are not taken as true." Response to ESI's Motion at 8. He also requests that the Court provide further directions to him and give him an opportunity to correct the current Complaint if the Court still regards the Complaint as a shotgun pleading. See id. at 9. In addition, he urges the Court to review in camera documents sent between Defendant ESI and its counsel in another case. See id. at 11. Plaintiff next asks the Court to postpone ruling and stay this lawsuit pending the outcome of a related state lawsuit. See id. at 13–14, 18. Finally, he requests that the Court allow him to cure any deficiencies in the service of process which the Court may identify. See id. at 18.

Preliminarily, the Court notes that requests for affirmative relief, such as Plaintiff's requests, are not properly made when simply included in a response to a motion. See Fed. R. Civ. P. 7(b); see also Rosenberg v. Gould, 554 F.3d 962, 965 (11th Cir. 2009) ("Where a request for leave to file an amended complaint simply is imbedded within an opposition memorandum, the issue has not been raised properly.") (quoting Posner v. Essex Ins. Co., 178 F.3d 1209, 1222 (11th Cir. 1999)). Moreover, even if it were proper to include these requests in the Responses, the requests are otherwise due to be denied for failure to comply with Local Rules 3.01(a) and 3.01(g), United States District

Court, Middle District of Florida (Local Rule(s)). Local Rule 3.01(a) requires a memorandum of legal authority in support of a request from the Court. See Local Rule 3.01(a). Local Rule 3.01(g) requires certification that the moving party has conferred with opposing counsel in a good faith effort to resolve the issue raised by the motion and advising the Court whether opposing counsel agree to the relief requested. See Local Rule 3.01(g). The Court recently discussed the need to comply with Local Rule 3.01(g) in a hearing held on June 27, 2022. Thus, the Court will not entertain Plaintiff's requests for relief included in the Responses. Plaintiff is advised that, if he wishes to pursue such relief, he is required to file an appropriate motion, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court. Accordingly, it is

**ORDERED:**

To the extent that he requests affirmative relief from the Court in Plaintiff's Response to Defendant Environmental Services Inc's (ESI) Motion to Dismiss (Doc. 30); Plaintiff's Response to Defendant Terracon Consultants Inc's (Terracon) Motion to Dismiss (Doc. 31); and Plaintiff's Response to Defendant

Aster Global Environmental Solutions Inc's (Aster) Motion to Dismiss (Doc. 32), those requests are **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on July 8, 2022.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc30
Copies to:

Counsel of Record
Pro Se Parties