# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FERMIN ALDABE,

      Plaintiff,

vs.                                                            Case No.  3:22-cv-326-MMH-MCR

JANICE MCMAHON, et al.,

      Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant Environmental Services Inc.'s Motion to Strike and/or Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 95; Motion) filed on November 13, 2023.  In the Motion, Defendant Environmental Services Inc. (ESI) seeks an order striking Plaintiff's Second Amended Complaint (Dkt. No. 89) because it was filed without first seeking leave of court, or alternatively, dismissal of the Second Amended Complaint. See generally Motion.  Plaintiff opposes the relief requested in the Motion.  See id. at 26.  The Court recognizes that it is ruling on the Motion without waiting for the response period to expire.  However, upon review, the Court finds that the Motion is due to be granted to the extent that Plaintiff's Second Amended Complaint should be stricken.

On December 12, 2022, following a hearing on December 8, 2022, this Court entered an Order ruling on numerous pending motions and directing Plaintiff to file a motion for leave to amend the complaint by March 31, 2023. See Order (Dkt. No. 83).  Plaintiff was specifically advised at the hearing that he would have to file a motion for leave to amend, prepare a proposed amended complaint, provide it opposing counsel, and confer with them prior to filing the motion.  See Transcript of Motion Hearing (Dkt. No. 86) at 45.  Following several extensions of time, Plaintiff simply filed his Second Amended Complaint without first filing a motion seeking leave to do so.  Accordingly, it is hereby

**ORDERED**:

1. Defendant Environmental Services Inc.'s Motion to Strike and/or Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 95) is **GRANTED** to the extent that Plaintiff's Second Amended Complaint (Dkt. No. 89) is **STRICKEN**.

2. Aster Global Environmental Solutions, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint with Prejudice (Dkt. No. 94) is **DENIED as moot**.

3. Plaintiff shall have up to and including **December 15, 2023**, to file a motion for leave to amend the complaint.  Failure to do so may result in the dismissal of this matter without further notice.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of November, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties